

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Tara Ciapponi,                               * From the 358th District Court
                                               of Ector County,
                                               Trial Court No. D-45,802.

Vs. No. 11-16-00188-CR                        * November 3, 2016

The State of Texas,                           * Per Curiam Memorandum Opinion
                                                (Panel consists of: Wright, C.J.,
                                                Willson, J., and Bailey, J.)

    This court has inspected the record in this cause and concludes that the appeal should be dismissed.   Therefore, in accordance with this court's opinion, the appeal is dismissed.